UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
RANDY H. KASSAB and BAN KASSAB,   Case No. 09-57861-wsd
                                  Chapter 7
    Debtors.                      Honorable Walter Shapero
_____/

L.H. HAKIM, INC., a Michigan corporation and
LINDA H. HAKIM,
    Plaintiffs,                   Adv. Pro. No. 09-6054

vs.

RANDY HABIB KASSAB,
    Defendant.
_____/

### ORDER REGARDING PLAINTIFFS' ACTION FOR NONDISCHARGEABILITY

Linda H. Hakim and L.H. Hakim, Inc. ("Plaintiffs") having brought before the Court the above-captioned Adversary Proceeding against Defendant Randy H. Kassab ("Defendant"); the Court having held an evidentiary hearing on February 28, 2012; and the Court having reviewed the corresponding briefs; Now therefore,

**IT IS HEREBY ORDERED** that, for the reasons set forth in the contemporaneously issued Opinion, the Court finds for Defendant and denies Plaintiffs' request for relief.

.

Signed on February 23, 2013

                                 /s/ Walter Shapero
                            Walter Shapero
                            United States Bankruptcy Judge